IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JAMES R. DOWNES, # 281824, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:15-CV-437-WKW |
| | ) |
| CARTER DAVENPORT, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

On October 22, 2015, the Magistrate Judge filed a Recommendation (Doc. # 77) to which Plaintiff filed an objection (Doc. # 80). The court has conducted an independent and *de novo* review of those portions of the Recommendation to which objection is made, *see* 28 U.S.C. § 636(b). Plaintiff's arguments do not address or undermine the finding by the Magistrate Judge that Plaintiff failed to meet the prerequisites necessary to warrant the extraordinary relief of a preliminary injunction. Accordingly, it is ORDERED as follows:

(1) Plaintiff's objection (Doc. # 80) is OVERRULED;

(2) The Recommendation (Doc. # 77) is ADOPTED;

(3) Plaintiff's motions for preliminary injunction (Docs. # 3,4) are DENIED; and

(4) This action is REFERRED back to the Magistrate Judge for further proceedings.

DONE this 20th day of November, 2015.

                                          /s/ W. Keith Watkins
                              CHIEF UNITED STATES DISTRICT JUDGE