The United States District Court

James J Downes
281824

RECEIVED
2020 SEP 24 A 10:16
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

vs

Civil Action: 2:15-cv-437

Department of Correction et Al.

## Motion For Injunctive Relief,

Now comes to this Honorable Court, The Plaintiff to make the request for this order to stop the D.O.C. at Easterling Prison in Clio Alabama to Cease the removal and distruction of all Hard Cover Books in this camp.

There are Thousands of Hard cover books now being removed from the librays due to this Action, that has not yet been decided by this court

The reason Given is this law Suit Against the D.O.C. That has not yet been decided, The Evidentary Hearing is to be held on Oct 27th 2020 That was moved from Aug 4 2020.

Captian Danzey has ordered the E-1 library to remove all Hard cover Book's and the Same is Being Done Through out the camp.

These Book for the most Part have been in the camp for at least (10) Ten Years and have Been Purchased By and For Inmates

These Books mostly consist of Encyclopedias, Dictionarys, Religious Books and readers digest Classics - As well as Some legal Books That have No Soft cover alternates.

There still has Not Been Anyone hurt by a Hard cover book as Told by The D.O.C.

These First Amendment rights Are being striped as This letter is Being mailed.

Downes Asks This Court To order The D.O.C. To Stop The removal of These Books until This case is Decided in There Favor. Also a Complete list of These removed Books have Been released To This Court and a list Given To Downes To Add To This Case For The Prisoners rights.

ie. St. Clair Prison, a level Five Top Security Prison, in The law library There is well over Two Thousand book That are all hard covered, And There has Not been a Problem with Some one Being hurt By one of Them.

All These Books Need To Remain until This case has Been Ajudicated By This Honorable Court.

over (60) Sixty Books have Been Removed on This Date 9/27/20 From The Honor Dorm library.

Respectfully

James R Downs
281834

Certificate of Service

a copy of this motion has been sent to both the Department of Corrections legal dept as well as the clerk of courts for the United States District court via legal mail, on this 21ST day of Sept 2020

James R Downes 281824
E-C-F E1-24A
200 Wallace Dr
Clio, Al
36017

Action #
2:15-cv-437
motion;
c/o Clerk of Courts

MONTGOMERY AL 360
22 SEP 2020 PM 3 L

United States District Court
One Church Street Suite B-110
Montgomery, Al
36104-4019