IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JAMES R. DOWNES, AIS #281824, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   CIVIL CASE NO. 2:15-cv-437-ECM |
| | ) |
| CARTER DAVENPORT, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

This cause is presently set for an evidentiary hearing on **October 27, 2020 commencing at 10:00 a.m.** in Courtroom 2F, Frank M. Johnson, Jr., Federal Building and United States Courthouse Complex, One Church Street, Montgomery, Alabama. Upon consideration of the Plaintiff's witness list filed on July 22, 2020 (doc. 139), the Clerk of this court is hereby DIRECTED to issue a subpoena to the following individuals for the above-described evidentiary hearing:

> William Hammond
> c/o Easterling Correctional Facility
> 200 Wallace Drive
> Clio, Alabama 36017
>
> Darryl Thomas
> c/o Easterling Correctional Facility
> 200 Wallace Drive
> Clio, Alabama 36017

>Jack Swiney
>c/o Easterling Correctional Facility
>200 Wallace Drive
>Clio, Alabama 36017
>
>Scott Ashley
>c/o Easterling Correctional Facility
>200 Wallace Drive
>Clio, Alabama 36017
>
>Cary Lee
>c/o Easterling Correctional Facility
>200 Wallace Drive
>Clio, Alabama 36017
>
>Matt Brewer
>c/o Easterling Correctional Facility
>200 Wallace Drive
>Clio, Alabama 36017
>
>Patrick Phillips
>c/o Easterling Correctional Facility
>200 Wallace Drive
>Clio, Alabama 36017

It is further

ORDERED that the United States Marshal execute and serve the necessary process herein cited above.[1]

DONE this 2nd day of October, 2020.

/s/ Emily C. Marks
EMILY C. MARKS
CHIEF UNITED STATES DISTRICT JUDGE

---

[1] As referenced in the order entered on May 28, 2020 "[w]hether the witness is subpoenaed by a party proceeding *in forma pauperis* or not, Rule 45(c) requires that subpoenas must be accompanied by [various fees and expenses] or it need not be obeyed. The witness will be so informed by the subpoena. It is the responsibility of the party requesting the subpoena to provide the necessary fees to the clerk's office for tender with the subpoena." (Doc. No. 134 at 2).