United States District Court

James R. Downes 281824

vs

Action 2:15-CV-437-ECM

Dr. Ok, State of Alabama et. Al.

RECEIVED
2020 OCT 14 A 11:22
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Special Report as Requested

By Mr Bart Harmon

Now comes The Plaintiff, with This Special Report as Agreed to at The Telephone Conference Oct 9th 2020, by Bart Harmon For The defendants.

Downes has agreed to dismiss his witness list if This Report is read by The Court or mr Hamon at The Evidentary hearing on Oct 27th 2020, That Way it is on record with The Court; if Not agreed upon The Witness list is on The last Page of This report.

Also Downes Ask's This Court as Well as mr Harmon To Allow mr Downes's medical care Person mr cary lee To help him with looking up The Turner Issues, as well as notes and Questions For The Defendants list.

Downes had Quad by Pass Surgery a few months ago and his health is a Issue, Being in a wheel chair with Fibomialgia and Neropathy his movements are limited.

1.

These statements need to be put and read to the court record for Mr. Downes to dismiss his witness list for this evidentiary hearing only, but may be called for trial if neccessary.

1. The State Agrees that Easterling Correctional Facility has and does now have in their possession hard cover books, and have had them for the past several years. Located in these librarys:
A. Faith Dorm  AKA. H1 & H2   About 700 +
B. The Honor Dorm  AKA E-1  had about 70 "removed"
C. The law library controled by Officer Wagnor  "removed"
D. The Chapel under direction of Chaplin Askew  "80+"
E. Wallace Community Colledge in excess of 400 Books.
(Acording to workers the "removed" Books have been taken to Admin and possiably no longer on the property.)

2. As far as known, Easterling Prison has not had any hard cover books from distributors and book sellers, such as Book's-A-million, Amazon, Bargian Books, Books N Stuff in the past several years that had drugs or cell phones hidden in them

3. hard cover Books have been removed from the Honor Dorm and the law library, Due to this action, some have been brought to Admin office.

- 2 -

4.) No incomming hard cover books have been allowed in the mail room, to go to inmates, as per the 448 or the 448-01; nor have inmate been allowed to have the covers removed.

5) According to document 113-4 at 1, and Doc 122-1 page 3 this quote from Warden Walter Myers on a affidavit to the court states: "Hard Back Books have arrived at Easterling and upon being searched the inside of the book had been cut out and replaced with drugs and cell phones. Drugs have also been found sealed inside the outside cover of hard back books. (Quote from Warden Myers)

✗ Along with the dissmisal of the witnesses Downes requests some small discovery if allowed by this Honorable court. These documents need to be available to both parties. The court has "Exhibit H" from the defence as well as Exhibit A from the defence also known as 448 and 448-01 rules and administrative rules for the department of corrections mail proceedure.

Downes has requested the newest copy from the D.O.C. but they have refused to send him one.

✗ Downes also requests the court view the rejected mail notices for persons recieving hard back books and the ones that were sent to Downes

If the issues on previous page numbered 1-5 are conceeded by the state, no witnesses will be needed at the evidentary hearing but may be needed if a trial is needed.

Persons for witnesses if deemed necessary:

* 1.) William Hammal    #1     * 2) Darryll Thomas   #2
3) Jack Swiney    H-2     4) Scott Ashley    H2
5) Matt Brener    E-1     * 6) Patrick Phillips
* 7) Cary Lee    E-1     * 8 John Moose    E-1

* Indicate most important witnesses.

Plaintiff ask for the right to ask any witness for the defence any questions pertaining to this single issue.

Respectfully Submitted

James Doror 281824

Certificate of Service

Copys sent to Clerk of courts for the Honorable Emily C. Marks as well as Defence Attorney Bart Harmon at address given at the conference hearing Oct 9th 2020. Done this 12th day of October.

-4-

E.C.F E-1 24A
200 Wallace Drive
Clio Al
36017

MONTGOMERY AL 360
13 OCT 2020 PM 3 L



United States Court House
c/o Clerk of Courts
1 Church Street Suite B-110
Montgomery, Al
36101

Action
2:15-cv-437-Ecm

Time Sensitive

36104-401801