# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| JAMES R. DOWNES, <br> AIS #281824, <br><br> Plaintiff, <br><br> vs. <br><br> CARTER DAVENPORT, et al., <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) CIVIL ACTION NO. 2:15-CV-00437-WKW <br> ) <br> ) <br> ) <br> ) |

## ALABAMA DEPARTMENT OF CORRECTIONS' MOTION TO POSTPONE HEARING DUE TO EXCEPTION CIRCUMSTANCES

COME NOW Defendants to request that the evidentiary hearing set for next Tuesday, October 27, 2020 at 10 a.m. be postponed due to COVID-19 outbreak at Easterling necessitating a strict quarantine for housing unit H, where *five* of Mr. Downes' seven witnesses reside. This quarantine makes them unable to leave their quarantined dorm and participate in the hearing (even via video teleconferencing). The five inmates named in Plaintiff's August 22, 2020 witness list (doc. 139) now in quarantine are the following: William Howard, Daryl Thomas, Jack Swiney, Scott Ashley and Matt Brewer. The two inmates available to testify would be the following: Patrick Phillips (E-dorm in Easterling) and Cary Lee (now assigned to Childersburg work center but who could be available by telephone if required). Defendants have no objection to proceeding with the hearing if Plaintiff feels like the testimony of the five quarantined witnesses are unnecessary or repetitive.

    Respectfully submitted,

    Steve Marshall
    Attorney General

    Carrie Ellis McCollum (ELL037)

General Counsel

/s/ Bart Harmon  
Bart Harmon (HAR127)  
Assistant Attorney General

**ADDRESS OF COUNSEL:**[1]

Alabama Department of Corrections
Legal Division
301 South Ripley Street
Post Office Box 301501
Montgomery, Alabama 36130-1501
334-353-3881

## CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of October, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following (or by U.S. Mail to the non-CM-ECF participants):

Inmate James Downes
AIS # 281824
Easterling Correctional Facility
200 Wallace Drive
Clio, Alabama 36017

/s/ Bart Harmon  
Bart Harmon (HAR127)  
Assistant Attorney General

---

[1] The undersigned has also asked that a copy of this motion be e-mailed to Warden Crow and that it be given to inmate Downes.

2